# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3749

_____

Carl Franklin Cook,

        Appellant,

    v.

Arkansas State Police; Arkansas
Highway Police; Fifth Judicial District
Drug Task Force, Pope County,
Arkansas; Johnny Casto; William
Kelly; Jay Winters; Scott Harper;
Richard Hoffman; David Gibbons;
Dale Swesey; Does, Jane and John,

        Appellees.

\* Appeal from the United States
\* District Court for the Eastern
\* District of Arkansas.

\* [UNPUBLISHED]

_____

Submitted: May 20, 2003
Filed: May 23, 2003

_____

Before MELLOY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Carl Franklin Cook appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint. Having carefully reviewed the record, we agree with the district court that Cook stated only official-capacity claims for damages against defendant officials and that such claims are barred by the Eleventh Amendment. See Murphy v. Arkansas, 127 F.3d 750, 754-55 (8th Cir. 1997); Treleven v. Univ. of Minn., 73 F.3d 816, 818 (8th Cir. 1996). Further, the district court did not abuse its discretion in denying Cook leave to amend his complaint, as his proposed amended complaint did not correct the deficiencies of which he had been put on notice. See Wisdom v. First Midwest Bank, 167 F.3d 402, 409 (8th Cir. 1999) (standard of review); Bell v. Allstate Life Ins. Co., 160 F.3d 452, 454 (8th Cir. 1998).

Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.